



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC., <br><br> Plaintiff, <br><br> -against- <br><br> GUESS?, INC. and GUESS ITALIA S.r.l.,, <br><br> Defendants. | Civil Action No. 09cv4373 (SAS) <br> (ECF Matter) <br><br> **[PROPOSED] ORDER GRANTING AMENDMENT OF GUESS?, INC.'S ANSWER AND AFFIRMATIVE DEFENSES** |

NOW, upon the Request of counsel for defendant Guess?, Inc. ("Guess") and pursuant to Fed. R. Civ. P. 15(a)(1):

IT IS ORDERED that Guess may file its First Amended Answer and Affirmative Defenses.

Dated: August ___, 2009
       New York, New York

SO ORDERED:

_____
Honorable Shira A. Scheindlin
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/09