**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

GUCCI AMERICA, INC.,

                Plaintiff,

        - against -

GUESS?, INC., MARC FISHER FOOTWEAR
LLC, THE MAX LEATHER GROUP/CIPRIANI
ACCESSORIES, INC., SEQUEL AG, K&M
ASSOCIATES L.P., VIVA OPTIQUE, INC.,
SIGNAL PRODUCTS, INC. and SWANK, INC.,

              Defendants.

-------------------------------------------------------------- x

Civil Action No. 09cv4373
(SAS)(JLC)

**DECLARATION OF**
**LOUIS S. EDERER**

LOUIS S. EDERER hereby declares as follows under penalty of perjury:

1.      I am member of the firm of Arnold & Porter LLP, counsel for plaintiff Gucci America, Inc. ("Gucci"). I make this declaration in support of Gucci's motion for a protective order against the disclosure of the privileged communications of Gucci's in-house legal counsel Jonathan Moss.

2.      Attached hereto as Exhibit A is a printout from the State Bar of California website reflecting the results of an "attorney search" conducted for the name "Jonathan Moss".

3.      Attached hereto as Exhibit B is a printout from the U.S. District Court for the Southern District of California website reflecting the results of an "attorney search" conducted for the name "Jonathan Moss".

4.      Attached hereto as Exhibit C is a printout from the U.S. District Court for the Central District of California website reflecting the results of an "attorney search" conducted for the name "Jonathan Moss".

5.     Attached hereto as Exhibit D is a copy of a document Jonathan Moss filed in a bankruptcy proceeding pending in the U.S. Bankruptcy Court for the Southern District of New York, on Gucci's behalf, in December 2002, obtained from that Court's website.

6.     Attached hereto as Exhibit E are excerpts from the February 23, 2010 deposition of Guccio Gucci S.p.A.'s in-house Intellectual Property Counsel Vanni Volpi.

7.     Attached hereto as Exhibit F are copies of documents Jonathan Moss filed with the U.S. Patent and Trademark Office, on Gucci's behalf, in 2003.

8.     Attached hereto as Exhibit G is a printout of the "Member Status Definitions" page available on the State Bar of California website.

9.     Attached hereto as Exhibit H is a printout of the "Request to Transfer to Active Status" form available on the State Bar of California website.


Declared under penalty of perjury this 2nd day of April, 2010.


_____
LOUIS S. EDERER

# EXHIBIT A



# THE STATE BAR OF CALIFORNIA

Sunday, March 28, 2010                                                                State Bar Home

Home > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

## Jonathan H Moss - #167976

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| Bar Number | 167976 | | |
|---|---|---|---|
| Address | 446 E 20th St Apt 3G New York, NY 10009 | Phone Number | (917) 880-1976 |
| | | Fax Number | Not Available |
| | | e-mail | jmoss100@yahoo.com |
| District | Outside California | Undergraduate School | Stanford Univ; Stanford CA |
| County | Non-California | Law School | Fordham Univ SOL; New York NY |
| Sections | None | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 2/5/2010 | Active |
| 9/1/1996 | Inactive |
| 12/14/1993 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

#### Disciplinary and Related Actions
This member has no public record of discipline.

#### Administrative Actions
This member has no public record of administrative actions.

Start New Search >

Contact Us     Site Map     Privacy Policy     Notices     © 2010 The State Bar of California

# EXHIBIT B

Case 1:09-cv-0437B-SAS-JLC Document 63 Filed 04/02/10 Page 6 of 42



**Welcome to: CM/ECF**

**United States District Court**
**for the Southern District of California**

Home

General Information | Policies & Procedures | Training | ECF Registration | ECF Login

CM/ECF Home

Attorney Search Results

New Search

| | |
|---|---|
| **Name:** | **Admitted Since:** |
| Moss, Jonathan | 12/19/1994 |
| **Registered in ECF:** | **Status:** |
| No | Active |
| **Address:** | **Phone:** |
| Potter Day and Associates | (858)755-6672 |
| 12625 High Bluff Drive | |
| Suite 110 | |
| San Diego CA 92130-2053 | |

# EXHIBIT C

## Attorney Admissions Search

Form G-63 | Form G-6 | Form G-76

Enter search string (example: John Doe or Bar Number).

[Search]

Look For   ◯ All words  ◯ Any words  ⦿ Exact phrase.   ☐ Use word variants  ☐ Use fuzzy search

## Search Results

1 Document(s) Found

| | Last Name | First Name | Middle Name | Firm | Phone | Email | Bar # |
|---|---|---|---|---|---|---|---|
| ☐ | Moss | Jonathan | M | Potter Day & Associates | 619-755-6675 | | 167976 |

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

TIMESSQUAREMEDIA, Inc

                                                                    In re: Case No.  00-B-15724
                                                                    Chapter 7

                                              Debtor.
-------------------------------------------------------------x

John S. Pereira, As Chapter 7
Trustee of Times....

                                              Plaintiff           Adversary Proceeding
                                                                  Case No. 02-03521

                        v.                                        [stamp: RECEIVED DEC 2 3 2002 U.S. BANKRUPTCY COURT, SDNY]

GUCCI AMERICA, INC.

                                              Defendant
-------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jonathan Moss_____, a member in good standing of the bar in the State of

California_____, or of the bar of the U.S. District Court for the Southern  District of

California_____, request admission, *pro hac vice*, before the Honorable

Stuart Bernstein to represent Gucci America, Inc._____, a

_____ in the above referenced ☐ case ☑ adversary proceeding.

My:    address is Gucci America, 50 Hartz Way, Secaucus, NJ  07094_____

            e-mail address is jmoss@gucci.it_____; telephone number is (201) 770-2876_____

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.


Dated:   12/20/02
            New York, New York                    Jonathan Moss

# EXHIBIT E

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------X

GUCCI AMERICA, INC.,                    Civil Action No.09cv4373 (SAS)

                                        ECF Matter

                  Plaintiffs

v.


GUESS?, INC., MARC FISHER FOOTWEAR

LLC, THE MAX LEATHER GROUP/CIPRIANI

ACCESSORIES, INC., SEQUEL AG,

K&M ASSOCIATES LP., VIVA OPTIQUE,

INC., SIGNAL PRODUCTS, INC. AND SWANK

INC.,

                  Defendants.

------------------------------X

Volume II

                                February 23, 2010

                                New York, New York


        Videotaped deposition of VANNI VOLPI, taken

on behalf of the Defendants, at O'Melveny & Myers, 7 Times

Square, New York, New York, commencing at 9:50 a.m.,

February 23, 2010, before Anthony Armstrong, a Certified

Court Reporter of the State of New York.



        Highly Confidential - Attorneys' Eyes Only


                                                            199

1      which you advised him about the G-Twirl watch

2      issue?

3           A.      I do not remember, but I don't think

4      so.

5           Q.      Do you keep any -- or does your

6      assistant keep any logs of phone calls that you

7      have?

8           A.      No.

9           Q.      Do you know whether, on

10     March 14, 2007, Mr. Moss was an active member of

11     any Bar in the United States?

12          A.      I believe so.

13          Q.      And why is it you believe so?

14          A.      Because as far as I know, he's an

15     attorney admitted to the Bar.

16          Q.      Are you aware that Mr. Moss has

17     testified that he is not an active member of the

18     Bar and has not been for a number of years?

19          A.      No.

20          Q.      Have you ever read Mr. Moss's

21     deposition for the -- the Gucci America 30(b)(6)

22     deposition tran -- that was taken in this case?

23               MR. EDERER:   Objection to form.

24          A.      No.

25

282

# EXHIBIT F

**Applicant:**               Bedat & Co. LLC

**Address:**                 140 Geary Street
                             San Francisco, CA  94108

**First Use:**               At least as early as 1996

**First Use in Commerce:**   At least as early as 1996

**Goods:**                   Watches & Jewelry





08-28-2003
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67

Attorney:

Jonathan Moss
Gucci America, Inc.
50 Hartz Way
Secaucus, NY  07094
Phone:  (201) 770-2876



U.S. Patent & TM Ofc/TM

**76541339**

# 76541339

TRADEMARK APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/05/2003 ZCLIFT01 00000139 76541339
01 FC:6001                    335.00 0P

PTO-1555
  (5/87)

# GUCCI

Jonathan Moss
Legal Counsel

50 Hartz Way
Secaucus, NJ 07094

tel. 201.770.2876
fax  201.330.2791
email: jmoss@gucci.it

July 25, 2003

Assistant Commissioner
For Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Dear Sir:

Transmitted herewith for filing is the trademark application for:

| | |
|---|---|
| Applicant: | Bedat & Co. LLC |
| Mark: | Oval Shaped Logo |
| For: | Watches & Jewelry |

In connection with said application, we have enclosed the following

--Executed Application Form;
--Two (2) Specimens of the Mark As Actually Used;
--Drawing; and
--A check in the amount of $335 to cover the basic filing fee for registration in
   one class.

Please direct all correspondence regarding this application to Jonathan Moss, Esq., Gucci
America, Inc., 50 Hartz Way, Secaucus, NJ   07094.

Very truly yours,

Jonathan Moss

## TRADEMARK APPLICATION--PRINCIPAL REGISTER-- CORPORATION (WITH DECLARATION)

**MARK:** Oval Shaped Logo

**INTERNATIONAL CLASS NO.:**   14

TO THE ASSISTANT SECRETARY AND COMMISSIONER OF PATENTS AND TRADEMARKS

2900 Crystal Drive
North Tower
Arlington, VA  22202

**Applicant:**  Bedat & Co. LLC

**State of Incorporation:**  Delaware

**Business Address of Applicant:**        140 Geary Street
San Francisco, CA  94108


The above-identified Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 *et seq.*, as amended) for watch design.

The mark was first used on the goods by a related party at least as early as 1996, was first used in interstate commerce on the goods by a related party at least as early as 1996, and is now in use in such commerce.

The mark is used on the goods, and one (1) specimen showing the mark as actually used in commerce on each class of goods are submitted herewith.

Bedat & Co SA, the parent corporation of Bedat & Co. LLC is the owner of U.S. Trademark Registrations No. 75,336,546, for the Bedat & Co. LLC  Geneve name and No. 75,330,998, for the Swiss A.O.S.C. designation.

## POWER OF ATTORNEY

Applicant hereby appoints Jonathan Moss, Esq., of Gucci America, Inc., 50 Hartz Way, Secaucus, NJ, 07094, attorney-at-law and member of the Bar of California, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.

## DECLARATION

Jay Vullings, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is Vice President of Applicant corporation and is properly authorized to execute this application on behalf of said corporation; he believes said corporation to be the owner of the mark sought to be registered; to the best of his knowledge and belief, no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his own

knowledge are true and all statements made on information and belief are believed to be true.

Dated: July /6, 2003

BEDAT & Co. LLC

By: _____
Name: Jay Vullings
Position:  Vice President
Telephone No.:  (415) 668-7359



U.S. Patent & TM Ofc/TM

**76541332**

| | |
|---|---|
| **Applicant:** | Bedat & Co. LLC |
| **Address:** | 140 Geary Street<br>San Francisco, CA  94108 |
| **First Use:** | At least as early as 1996 |
| **First Use in Commerce:** | At least as early as 1996 |
| **Goods:** | Watches & Jewelry |



Attorney:

Jonathan Moss
Gucci America, Inc.
50 Hartz Way
Secaucus, NY  07094
Phone:  (201) 770-2876



07-28-2003

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67

# 76541332

TRADEMARK APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/05/2003 ZCLIFT01 00000133 76541332
01 FC:6001                    335.00 OP

PTO-1555
(5/87)

# G U C C I

Jonathan Moss
Legal Counsel

50 Hartz Way
Secaucus, NJ 07094

tel. 201.770.2876
fax  201.330.2791
email: jmoss@gucci.it

July 25, 2003

Assistant Commissioner
For Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Dear Sir:

Transmitted herewith for filing is the trademark application for:

|  |  |
|---|---|
| Applicant: | Bedat & Co. LLC |
| Mark: | Watch Hands |
| For: | Watches & Jewelry |

In connection with said application, we have enclosed the following

--Executed Application Form;
--Two (2) Specimens of the Mark As Actually Used;
--Drawing; and
--A check in the amount of $335 to cover the basic filing fee for registration in
 one class.

Please direct all correspondence regarding this application to Jonathan Moss, Esq., Gucci
America, Inc., 50 Hartz Way, Secaucus, NJ  07094.

Very truly yours,

Jonathan Moss

**TRADEMARK APPLICATION--PRINCIPAL REGISTER--
CORPORATION (WITH DECLARATION)**

**MARK:** Watch Hands

**INTERNATIONAL CLASS NO.:** _14_

TO THE ASSISTANT SECRETARY AND COMMISSIONER OF PATENTS AND
TRADEMARKS

2900 Crystal Drive
North Tower
Arlington, VA  22202

**Applicant:** Bedat & Co. LLC

**State of Incorporation:** Delaware

**Business Address of Applicant:**    140 Geary Street
San Francisco, CA  94108

The above-identified Applicant requests registration of the above-identified mark
shown in the accompanying drawing in the United States Patent and Trademark Office on
the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 *et seq*., as
amended) for watch design.

The mark was first used on the goods by a related party at least as early as 1996,
was first used in interstate commerce on the goods by a related party at least as early as
1996, and is now in use in such commerce.

The mark is used on the goods, and one (1) specimen showing the mark as
actually used in commerce on each class of goods are submitted herewith.

Bedat & Co SA, the parent corporation of Bedat & Co. LLC is the owner of U.S. Trademark Registrations No. 75,336,546, for the Bedat & Co. LLC Geneve name and No. 75,330,998, for the Swiss A.O.S.C. designation.

### POWER OF ATTORNEY

Applicant hereby appoints Jonathan Moss, Esq., of Gucci America, Inc., 50 Hartz Way, Secaucus, NJ, 07094, attorney-at-law and member of the Bar of California, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.

### DECLARATION

Jay Vullings, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is Vice President of Applicant corporation and is properly authorized to execute this application on behalf of said corporation; he believes said corporation to be the owner of the mark sought to be registered; to the best of his knowledge and belief, no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his own

knowledge are true and all statements made on information and belief are believed to be true.

Dated:  July _16_, 2003

BEDAT & Co. LLC

By:  _____

Name:  Jay Vulkings
Position:  Vice President
Telephone No.:  (415) 668-7359

| Applicant: | Bedat & Co. LLC |
|---|---|
| Address: | 140 Geary Street<br>San Francisco, CA  94108 |
| First Use: | At least as early as 1996 |
| First Use in Commerce: | At least as early as 1996 |
| Goods: | Watches & Jewelry |



08-05-2003
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #31



Attorney:

Jonathan Moss
Gucci America, Inc.
50 Hartz Way
Secaucus, NY  07094
Phone:  (201) 770-2876



U.S. Patent & TM Ofc/TM

76541716

# 76541716

TRADEMARK APPLICATION SERIAL NO

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/08/2003 TSMITH   00000060 76541716
01 FC:6001                335.00 OP

PTO-1555
  (5/87)

# GUCCI

Jonathan Moss
Legal Counsel

50 Hartz Way
Secaucus, NJ 07094

tel. 201.770.2876
fax  201.330.2791
email: jmoss@gucci.it

July 25, 2003

Assistant Commissioner
For Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Dear Sir:

Transmitted herewith for filing is the trademark application for:

| | |
|---|---|
| Applicant: | Bedat & Co.  LLC |
| Mark: | Ornamental Watch Crown |
| For: | Watches & Jewelry |

In connection with said application, we have enclosed the following

--Executed Application Form;
--Two (2) Specimens of the Mark As Actually Used;
--Drawing; and
--A check in the amount of $335 to cover the basic filing fee for registration in
   one class.

Please direct all correspondence regarding this application to Jonathan Moss, Esq., Gucci
America, Inc., 50 Hartz Way, Secaucus, NJ   07094.

Very truly yours,

Jonathan Moss

**TRADEMARK APPLICATION--PRINCIPAL REGISTER--
CORPORATION (WITH DECLARATION)**

**MARK:** Ornamental Watch Crown

**INTERNATIONAL CLASS NO.:** 14

TO THE ASSISTANT SECRETARY AND COMMISSIONER OF PATENTS AND
TRADEMARKS

2900 Crystal Drive
North Tower
Arlington, VA  22202

**Applicant:**  Bedat & Co. LLC

**State of Incorporation:**  Delaware

**Business Address of Applicant:**          140 Geary Street
                                            San Francisco, CA  94108


The above-identified Applicant requests registration of the above-identified mark

shown in the accompanying drawing in the United States Patent and Trademark Office on

the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 *et seq.*, as

amended) for watch design.

The mark was first used on the goods by a related party at least as early as 1996,

was first used in interstate commerce on the goods by a related party at least as early as

1996, and is now in use in such commerce.

The mark is used on the goods, and one (1) specimen showing the mark as

actually used in commerce on each class of goods are submitted herewith.

Bedat & Co SA, the parent corporation of Bedat & Co. LLC is the owner of U.S. Trademark Registrations No. 75,336,546, for the Bedat & Co. LLC Geneve name and No. 75,330,998, for the Swiss A.O.S.C. designation.

## POWER OF ATTORNEY

Applicant hereby appoints Jonathan Moss, Esq., of Gucci America, Inc., 50 Hartz Way, Secaucus, NJ, 07094, attorney-at-law and member of the Bar of California, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.

## DECLARATION

Jay Vullings, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is Vice President of Applicant corporation and is properly authorized to execute this application on behalf of said corporation; he believes said corporation to be the owner of the mark sought to be registered; to the best of his knowledge and belief, no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his own

knowledge are true and all statements made on information and belief are believed to be true.

Dated: July 26, 2003                              BEDAT & Co. LLC

By: _____
Name: Jay Vullings
Position: Vice President
Telephone No.: (415) 668-7359

**Applicant:**                    Bedat & Co. LLC

**Address:**                     140 Geary Street
                                 San Francisco, CA  94108

**First Use:**                   At least as early as    2002

**First Use in Commerce:**       At least as early as    2003

**Goods:**                       Watches & Jewelry



**Attorney:**

Jonathan Moss
Gucci America, Inc.
50 Hartz Way
Secaucus, NY  07094
Phone:  (201) 770-2876



12-09-2003
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #67



**U.S. Patent & TM Ofc/TM**

**76566007**

# 76566007

TRADEMARK APPLICATION SERIAL N(  ___

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

12/24/2003 ZCLIFT01 00000008 76566007
01 FC:6001                     335.00 OP

PTO-1555
   (5/87)

# GUCCI

Jonathan Moss
Legal Counsel

50 Hartz Way
Secaucus, NJ 07094

tel. 201.770.2876
fax  201.330.2791
email: jmoss@gucci.it

December 3, 2003

Assistant Commissioner
For Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Dear Sir:

Transmitted herewith for filing is the trademark application for:

| | |
|---|---|
| Applicant: | Bedat & Co.  LLC |
| Mark: | Enclosed Watch Crown |
| For: | Watches & Jewelry |

In connection with said application, we have enclosed the following

--Executed Application Form;
--Two (2) Specimens of the Mark As Actually Used;
--Drawing; and
--A check in the amount of $335 to cover the basic filing fee for registration in
  one class.

Please direct all correspondence regarding this application to Jonathan Moss, Esq., Gucci
America, Inc., 50 Hartz Way, Secaucus, NJ   07094.

Very truly yours,

Jonathan Moss

## TRADEMARK APPLICATION--PRINCIPAL REGISTER--
## CORPORATION (WITH DECLARATION)

**MARK:** Enclosed Watch Crown

**INTERNATIONAL CLASS NO.:** _14_

TO THE ASSISTANT SECRETARY AND COMMISSIONER OF PATENTS AND
TRADEMARKS

2900 Crystal Drive
North Tower
Arlington, VA  22202

**Applicant:**  Bedat & Co. LLC

**State of Incorporation:**  Delaware

**Business Address of Applicant:**    140 Geary Street
                                      San Francisco, CA  94108


The above-identified Applicant requests registration of the above-identified mark

shown in the accompanying drawing in the United States Patent and Trademark Office on

the Principal Register established by the Act of July 5, 1946 (15 U.S.C. § 1051 *et seq*., as

amended) for watch design.

The mark was first used on the goods by a related party at least as early as 2002,

was first used in interstate commerce on the goods by a related party at least as early as

2003, and is now in use in such commerce.

The mark is used on the goods, and one (1) specimen showing the mark as

actually used in commerce on each class of goods are submitted herewith.  Applicant is

the owner of  Trademark Registrations No. 75,336,546, for the Bedat & Co. name and

has other applications for trademarks which are pending.

## POWER OF ATTORNEY

Applicant hereby appoints Jonathan Moss, Esq., of Gucci America, Inc., 50 Hartz Way, Secaucus, NJ, 07094, attorney-at-law and member of the Bar of California, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.

## DECLARATION

Jay Vullings, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he is Vice President of Applicant corporation and is properly authorized to execute this application on behalf of said corporation; he believes said corporation to be the owner of the mark sought to be registered; to the best of his knowledge and belief, no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his own

knowledge are true and all statements made on information and belief are believed to be true.

Dated: October 31, 2003                            BEDAT & Co.  LLC

                                        By:  _Jay Vullings_____
                                             Name: Jay Vullings
                                             Position:  Vice President
                                             Telephone No.:  (415) 668-7359

# EXHIBIT G

**Printed from The State Bar of California website (www.calbar.ca.gov) on Tuesday, March 30, 2010**
Location:

## Member Status Definitions

| Status | Definition |
|---|---|
| **Active** | Only active members may practice law in California. |
| **Inactive** | Inactive members have chosen this status voluntarily and may transfer to active at any time upon request. |
| **Not Eligible to Practice Law** | Those listed as not eligible may not practice law in California. There are several reasons that may result in this status, including suspension, involuntary transfer to inactive status and failure to pay mandatory State Bar fees. |
| **Disbarred** | Those listed as disbarred are prohibited from practicing law in California by order of the California Supreme Court. |
| **Resigned** | Those listed as resigned may not practice law in California. Their resignation has been accepted by the California Supreme Court and may be entirely voluntary or may have been submitted with disciplinary charges pending. |
| **RIHC** | Those listed as Registered In-House Counsel (RIHC) are out-of-state attorneys. They have complied with rules permitting them to practice in California on a limited basis. |
| **RLSA** | Those listed as Registered Legal Services Attorneys (RLSA) are out-of-state attorneys. They have complied with rules permitting them to practice in California on a limited basis. |

*© 2010 The State Bar of California*

# EXHIBIT H



**THE STATE BAR OF CALIFORNIA**
**Member Services Center**
**180 Howard Street · San Francisco, CA 94105-1639**
**(888) 800-3400 · msc@calbar.ca.gov**

FOR OFFICIAL USE ONLY

**2010**    A

## Request to Transfer to Active Status

RCVD$:_____ Staff:_____

### 1) MEMBER INFORMATION

| NOTE: Only **INACTIVE** members may transfer to **ACTIVE** status |
| --- |

**Member Name:** _____   **Member Number:** _____

**Phone Number:** _____   **E-mail** _____

☐ **Enclosed is my check, payable to the State Bar of California, for ACTIVE Membership fees. (Contact the Member Services Center at 1-888-800-3400 for fee information.)**

**Amount Enclosed  $** _____

| *I hereby request that I be enrolled as an ACTIVE member of the State Bar of California in accordance with Rule 2.31, Division 3, Title Two of the Rules of the State Bar of California* |
| --- |

**Signature:** _____

**Effective Date**  | | | | | | |

*( M   M   D   D   Y   Y )*

*Status change will be effective upon receipt of this form and payment in full.*

### 2) PAYMENT INFORMATION

☐ **Pay By Credit Card**      ☐ **Visa**      ☐ **MasterCard**

**Card #:** | | | | | | | | | | | | | | | |   **Expires (MM/YY):** | | | |

**Name On Card:** _____

**Billing Address:** _____

_____

**Signature:** _____   Date: _____

### 3) SUBMISSION INFORMATION

**MAIL FORM TO:**    The State Bar of California
Member Services Center
180 Howard Street
San Francisco, CA 94105-1639

**IF YOU ARE PAYING W/ CREDIT CARD YOU MAY FAX FORM TO:**   **(415) 538-2576**

### 4) NOTES

The Application must include the signature of the member and the appropriate fee. (Call the Member Services Center, 1-888-800-3400, for fee information.)

If your address of record is also changing, please complete an Address Change Form and include it with your Transfer to Active Status Application. *(Please note that regardless of your member status, your address of record is considered part of your public record and will be disclosed upon request and is also available on the State Bar's Web site.)*

A bar card indicating your new status will be sent to you at your address of record.