Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/10
```

GUCCI AMERICA INC.,

                *Plaintiff,*

vs.

GUESS?, INC., MARC FISHER FOOTWEAR LLC, THE MAX LEATHER GROUP/ CIPRIANI ACCESSORIES, INC., SEQUEL AG, K&M ASSOCIATES L.P., VIVA OPTIQUE, INC., SIGNAL PRODUCTS, INC., and SWANK, INC.,

                *Defendants.*

**ORDER GRANTING MARC FISHER LLC LEAVE TO AMEND MARC FISHER LLC'S ANSWER TO THE FIRST AMENDED COMPLAINT**

Civil Action No. 09cv4373 (SAS)

**WHEREAS,** a pre-motion conference was held before this Court on April 26, 2010 wherein Marc Fisher LLC requested leave to amend its Answer to the First Amended Complaint to interpose a counterclaim for cancellation of Gucci America Inc.'s U.S. Trademark Registration No. 1,483,526, for a green-red-green stripe, for footwear; and

~~**WHEREAS,** Marc Fisher LLC has demonstrated that it has a good-faith basis to interpose the counterclaim based on recently-acquired evidence through discovery; and~~ *[struck through, initialed SAS]*

~~**WHEREAS,** Gucci America Inc. will not incur any undue burden by the addition of Marc Fisher LLC's counterclaim.~~ *[struck through, initialed SAS]*

**NOW, THEREFORE, IT IS HEREBY ORDERED,** that Marc Fisher LLC is granted leave to amend its Answer to the First Amended Complaint to interpose a counterclaim for cancellation of U.S. Trademark Registration No. 1,483,526; and

**IT IS FURTHER ORDERED**, that Gucci America, Inc. shall have 21 days from the date of service of Marc Fisher LLC's amended pleading to serve and file its reply.

**SO ORDERED:**

April 28, 2010
New York, NY

Shira A. Scheindlin
United States District Judge