UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

GUCCI AMERICA, INC.,

    Plaintiff,

- against -

GUESS?, INC., MARC FISHER FOOTWEAR
LLC, THE MAX LEATHER GROUP/CIPRIANI
ACCESSORIES, INC., SEQUEL AG, K&M
ASSOCIATES L.P., VIVA OPTIQUE, INC.,
SIGNAL PRODUCTS, INC. and SWANK, INC.,

    Defendants.

------------------------------------------------------------ x



Civil Action No. 09cv4373 (SAS)

[PROPOSED] MODIFIED
SCHEDULING ORDER



WHEREAS, the Court issued a Scheduling Order in accordance with Fed. R. Civ. P. 16(b) on July 10, 2009;

WHEREAS, the Court entered an order modifying the July 10, 2009 Scheduling Order on October 14, 2009;

WHEREAS, during a March 2, 2010 conference before the Court, the Court orally extended fact discovery through June 5, 2010;

WHEREAS, during a April 26, 2010 conference before the Court, the Court directed Gucci to conduct various searches of electronically stored data maintained by Italian-based non-party Guccio Gucci S.p.A.;

WHEREAS, in light of the additional discovery ordered by the Court, Gucci, upon good cause shown, has requested that the Court grant a sixty (60) day extension of all remaining dates set forth in the Court's Scheduling Order; and

WHEREAS, defendants Guess, Marc Fisher Footwear LLC, The Max Leather Group/Cipriani Accessories, Inc., Signal Products, Inc. and Swank, Inc. consent to Gucci's request.

NOW, THEREFORE, GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Scheduling Order is modified as follows:

1. All fact discovery is to be completed by Friday, August 6, 2010;

2. The parties are to serve all initial expert reports, if any, by Friday, September 24, 2010;

3. The parties are to serve all rebuttal expert reports, if any, by Friday, October 15, 2010;

4. All expert depositions, if any, are to be completed by Friday, November 12, 2010;

5. Plaintiff will supply its pre-trial order matters to defendants by Friday, December 3, 2010;

6. The parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and proposed findings of fact and conclusions of law by Friday, December 17, 2010; and

7. The final pre-trial conference pursuant to Fed. R. Civ. P. 16(d) will be held on August 20, 2010 at 4:30 pm

Date: 5/7/10

SO ORDERED:

HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE