```
USDC SDNY
DOC
DATE FILED: 7/2/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUCCI AMERICA, INC.,

        Plaintiff,      :    ORDER

    -v-      :    09 Civ. 4373 (SAS) (JLC)

GUESS?, INC., et al.,    :    ECF Case

        Defendants.
------------------------------------------------------------X

JAMES L. COTT, United States Magistrate Judge.

    In response to plaintiff's request in its June 30, 2010 letter to the Court, and following the telephone conference held with all parties today, the Court revises the schedule provided for in its Memorandum and Order dated June 29, 2010 as follows:

1. Gucci shall submit its revised amended privilege log to the Court in 12-point font, with a copy served upon all counsel of record, by July 9, 2010.

2. The parties should advise the Court by letter no later than July 13, 2010 which documents remain in dispute after the parties have met and conferred.

3. The parties shall submit additional memoranda of law regarding the application of the work product doctrine by July 20, 2010.

SO ORDERED.

Dated: New York, New York
July 1, 2010

                                              JAMES L. COTT
                                              United States Magistrate Judge

USDC SDNY
DATE SCANNED 7/2/10

**Copies of this Order are being sent by ECF to:**

Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Robert C. Welsh
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Mark I. Peroff
Darren W. Saunders
Hiscock & Barclay LLP
7 Times Square
New York, NY 10036

Paul Fields
Leason Ellis LLP
81 Main Street, Suite 503
White Plains, NY 10601

John T. Williams
Hinkhouse Williams Walsh LLP
180 North Stetson, Suite 3400
Chicago, IL 60601

Hon. Shira A. Scheindlin