```
USDC SDNY
DOCUMENT
E...
DOC
DATE FILED: 7/2/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUCCI AMERICA, INC.,                           :
                                               :
                    Plaintiff,                 :     ORDER
                                               :
       -v-                                     :     09 Civ. 4373 (SAS) (JLC)
                                               :
GUESS?, INC., et al.,                          :     ECF Case
                                               :
                    Defendants.                :
------------------------------------------------------------X

JAMES L. COTT, United States Magistrate Judge.

      By letter dated July 2, 2010, Plaintiff Gucci America, Inc. ("Gucci") has requested a "stay of its time to file Rule 72(a) objections" with respect to the Court's June 29, 2010 Memorandum and Order related to Jonathan Moss (Dkt. # 112) until Gucci's motion with respect to Moss is fully decided. Under Rule 72(a), Gucci's time to file objections expires on July 13, 2010. In a letter dated July 2, 2010, Defendant Guess?, Inc. ("Guess") has opposed Gucci's request, contending that "it will only delay final resolution" of the attorney-client privilege issues and hold up Mr. Moss's deposition. In a follow-up letter also dated July 2, 2010, Gucci submits excerpts of a transcript of a June 10, 2010 proceeding before Judge Scheindlin, at which Judge Scheindlin stayed the deposition subpoena served by Guess on Mr. Moss until after all privilege issues with respect to Mr. Moss had been resolved by me, and any Rule 72(a) objections have been adjudicated.

      Following the receipt of counsel's letters, I consulted with Judge Scheindlin, and she and I agree that, in light of her ruling that the Moss deposition is stayed until final resolution of the privilege issues, only one set of Rule 72(a) objections should be presented to her in the interest of judicial economy. Accordingly, Gucci's request for a stay of the Rule 72(a) objection period with respect to the June 29, 2010 Memorandum and Order until its motion with respect to Mr. Moss is fully decided is granted.

      SO ORDERED.

Dated: New York, New York
       July 2, 2010

                                                     JAMES L. COTT
                                                     United States Magistrate Judge

USDC SDNY
DATE SCANNED 7/2/10

**Copies of this Order are being sent by ECF to:**

Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Robert C. Welsh
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Mark I. Peroff
Darren W. Saunders
Hiscock & Barclay LLP
7 Times Square
New York, NY 10036

Paul Fields
Leason Ellis LLP
81 Main Street, Suite 503
White Plains, NY 10601

John T. Williams
Hinkhouse Williams Walsh LLP
180 North Stetson, Suite 3400
Chicago, IL 60601

Hon. Shira A. Scheindlin