UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC., <br><br> Plaintiff, <br><br> -against- <br><br> GUESS?, INC., MARC FISHER FOOTWEAR LLC, THE MAX LEATHER GROUP/CIPRIANI ACCESSORIES, INC., SEQUEL AG, K&M ASSOCIATES L.P., VIVA OPTIQUE, INC., SIGNAL PRODUCTS, INC. and SWANK, INC., <br><br> Defendants. | Civil Action No. 09cv4373 (SAS) <br> (ECF Matter) <br><br> **STIPULATION AND [PROPOSED] ORDER** |



WHEREAS, the Court issued a Scheduling Order in accordance with Fed. R. Civ. P. 16(b) on July 10, 2009;

WHEREAS, the Court entered an order modifying the July 10, 2009 Scheduling Order on October 14, 2009;

WHEREAS, during a March 2, 2010 conference before the Court, the Court orally extended fact discovery through June 5, 2010;

WHEREAS, the Court entered an order modifying the March 2, 2010 Scheduling Order on May 7, 2010 extending fact discovery through August 6, 2010;

WHEREAS there are currently issues pending before the Court concerning Plaintiff's assertion of attorney-client privilege and the work product doctrine, and the final resolution of these issues is necessary prior to the deposition of certain witnesses;

WHEREAS, Plaintiff's and Defendants' document searches and productions pursuant to various orders of the Court are ongoing, and such productions need to be completed before the depositions of certain witnesses;

WHEREAS, in light of the additional discovery outstanding, Guess, upon good cause shown, has requested that the Court grant a three-month extension of all remaining dates set forth in the Court's Scheduling Order; and

WHEREAS plaintiff Gucci America, Inc., and co-defendants Marc Fisher Footwear, The Max Leather Group/Cipriani Accessories, Inc., Signal Products, Inc. and Swank, Inc. consent to Guess's request.

NOW, THEREFORE, GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Scheduling Order is modified as follows:

1. All fact discovery is to be completed by ~~Friday, November 5, 2010~~ Tuesday October 5, 2010;

2. The parties are to serve all initial expert reports, if any by Monday, ~~December 20, 2010~~ November 22, 2010;

3. The parties are to serve all rebuttal expert reports, if any by ~~Friday, January 14, 2011~~ Tuesday December 14, 2010;

4. All expert depositions, if any are to be completed by ~~Friday, February 11, 2011~~ Tuesday, January 11, 2011;

5. Plaintiff will supply its pre-trial order matters to defendants by Friday, ~~March 4, 2011~~ February 4, 2011;

6. The parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and proposed findings of fact and conclusions of law by Friday, ~~March 18, 2011~~ February 18, 2011.

7. The final pre-trial conference pursuant to Fed. R. Civ. P. 16(d) will be held on __October 21, 2010 at 4:30 pm__


SO ORDERED:

July 30, 2010
New York, NY

_____
Hon. Shira A. Scheindlin
United States District Judge