UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

GUCCI AMERICA, INC.,

                      **Plaintiff,**

  - against -

GUESS,?, Inc., et al.,

                      **Defendants.**

------------------------------------------------------ X

**ORDER**

**09 Civ. 4373 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       Pursuant to this Court's order, plaintiff Gucci America, Inc. ("GA") submitted 21 documents for the Court's *in camera* review. These documents consist of written communications received from the Jacobacci law firm, outside counsel to GA's affiliate, Guccio Gucci S.p.A. of Italy. Having reviewed each document and its attachment(s), the following constitutes the rulings of the Court.

1. Tab 1: First paragraph not privileged.

2. Tab 2: Privileged. Properly redacted.

3. Tab 3: The following sentence is not privileged: "The GUESS watch . . . French Trademark Office." The remainder of the document is privileged.

-1-

4. Tab 4: First paragraph not privileged. Relates to Tab 1.

5. Tab 5: Privileged. Properly redacted.

6. Tab 6: Privileged. Properly redacted.

7. Tab 7: Transmittal Letter - Not relevant.

8. Tab 8: 2/11/02 email - same as Tab 3. Conform.

9. Tab 9: Attachments not privileged. Also the following sentence is not privileged except as indicated: "I am sending you . . . magazine [redact] regarding . . .line". Also, the following sentence is not privileged except as indicated: "I am also sending . . . semi-rectangular "G" [remainder privileged].

10. Tab 10: Attachments not privileged.

11. Tab 11: Attachments not privileged.

12. Tab 12: The second "privileged" stamp on page 1 of the redacted version is not privileged; and the second "privileged" stamp on page 3 of the redacted version is not privileged.

13. Tab 13: Work product protection. Properly redacted.

14. Tab 14: Attachment not privileged. Also following sentence not privileged: "Some days to . . . letter G."

15. Tab 15: Attachment not privileged. Also following sentence not privileged: "Our Madrid . . . attaching in copy"

16. Tab 16: Privileged.

17. Tab 17: 2/11/05 Guess website not privileged.

18. Tab 18: Privileged.

19. Tab 19: Attachments not privileged.

20. Tab 20: Attachments not privileged.

21. Tab 21: Privileged.

      GA shall produce the documents or attachments that the Court has determined are not privileged forthwith.

SO ORDERED:

Shira A. Scheindlin<br>
U.S.D.J.

Dated:     New York, New York<br>
            September 7, 2010

## - Appearances -

**For Plaintiff:**

Louis E. Ederer, Esq.
Arnold & Porter
399 Park Ave.
New York, NY 10022-4690
(212) 715-1000

**For Defendants** :

Robert C. Welsh, Esq.
O'Melveny & Myers LLP
1999 Ave. of the Stars, 7th Fl.
Los Angeles, CA 90067-6035
(310) 553-6700