UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUCCI AMERICA, INC.,

           Plaintiff,

      -against-

GUESS?, INC., MARC FISHER FOOTWEAR LLC, THE MAX LEATHER GROUP/CIPRIANI ACCESSORIES, INC., SEQUEL AG, K&M ASSOCIATES L.P., VIVA OPTIQUE, INC., SIGNAL PRODUCTS, INC. and SWANK, INC.,

           Defendants.

Civil Action No. 09cv4373 (SAS)

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

---

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, the accompanying Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1, and the accompanying Declaration of Robert C. Welsh and all exhibits submitted therewith, Defendants Guess?, Inc., Signal Products, Inc., The Max Leather Group/Cipriani Accessories, Inc., and Swank, Inc. (collectively, "Defendants") will move before the Honorable Judge Scheindlin, Judge of the United States District Court for the Southern District of New York, at a time and place to be scheduled by this Court, for an order granting Defendants' motion for summary judgment.

Dated: Los Angeles, California
December 9, 2011

O'MELVENY & MYERS LLP

By: _____

Daniel M. Petrocelli (dpetrocelli@omm.com)
Robert C. Welsh (rwelsh@omm.com)
Andrew J. Frackman (afrackman@omm.com)
1999 Avenue of the Stars, Suite 700
Los Angeles, California 90067
Tel: (310) 553-6700
Fax: (310) 246-6779

*Attorneys for Defendants Guess?, Inc., The Max Leather Group/Cipriani Accessories, Inc., Sequel AG, K&M Associates L.P., Viva Optique, Inc., Signal Products, Inc., and Swank, Inc.*

John T. Williams (jwilliams@hww-law.com)
Craig W. Mandell (cmandell@hww-law.com)
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Ave., Suite 3400
Chicago, Illinois 60601
Tel.: (312) 784-5400
Fax: (312) 784-5491

*Co-counsel for Defendants The Max Leather Group/Cipriani Accessories, Inc. and Signal Products, Inc.*

Paul Fields (fields@leasonellis.com)
LEASON ELLIS LLP
81 Main Street, Suite 503
White Plains, NY 10601
Tel.: (914) 821-9077
Fax: (914) 288-0023

*Co-counsel for Defendant Swank, Inc.*