USDC SDNY
DOCUMENT
ELECTRONICALLY FIL[ED]
DOC #:
DATE FILED: 7/19/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GUCCI AMERICA, INC.,

                  Plaintiff,

-against-

GUESS?, INC., MARC FISHER FOOTWEAR LLC,
THE MAX LEATHER GROUP/CIPRIANI
ACCESSORIES, INC., SEQUEL AG, J&M
ASSOCIATES L.P., VIVA OPTIQUE, INC.,
SIGNAL PRODUCTS, INC., and SWANK, INC.,
                  Defendants.
-----------------------------------------------------------X

09 **CIVIL** 4373 (SAS)

**JUDGMENT**

#12,1280

Whereas this Court having held a bench trial from March 28, 2012 to April 19, 2012, and the matter having come before the Honorable Shira A. Scheindlin United States District Judge, and the Court, on June 18, 2012, having rendered its Amended Opinion and Order entitling Gucci to the relief as noted in the aforementioned Amended Opinion and Order, entitling Gucci to receive $4,613,478, and granting the parties Motions for Relief from a Judgment or Order under Rule 60(a) to the extent that the Amended Opinion and Order dated June 18, 2012 addresses the concerns raised within those motions, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated June 18, 2012, Gucci is entitled to the relief as noted in the aforementioned Amended Opinion and Order; Gucci is entitled to receive $4,613,478; and the parties Motions for Relief from a Judgment or Order under Rule 60(a) is granted to the extent that the Amended Opinion and Order dated June 18, 2012 addresses the concerns raised within those motions

**Dated:** New York, New York
July 19, 2012

RUBY J. KRAJICK

Clerk of Court

BY: _____

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON:_____